James S. Thompson, as Receiver of the Union Iron Works, Buffalo, N. Y., Respondent, *v.* Erie Railroad Company, Appellant.

*Thompson* v. *Erie R. R. Co.,* 105 App. Div. 627, affirmed.
(Argued October 5, 1905; decided October 24, 1905.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial depart-

ment, entered June 3, 1905, which affirmed an order of Special Term granting a motion to amend a judgment, theretofore entered in the above-entitled action at a Trial Term at which the justice who granted the Special Term order presided, by striking therefrom a clause making it a judgment on the merits and inserting instead the words " ordered a nonsuit."

The following question was certified :

· " Had the Special Term the power, under the facts in this case, to make the order complained of ? "

*Adelbert Moot* and *Joseph A. Wechter* for appellant.

*George C. Riley* for respondent.

Order affirmed, with costs ; question certified answered in the affirmative ; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.